IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICKIE GREEN,
ADC #117055                                                                                             PLAINTIFF

v.                                                    2:08CV00101HLJ

GREG HARMON, et al.                                                                          DEFENDANTS

ORDER

Plaintiff shall file a reply to defendants' response to plaintiff's motion to dismiss his complaint, without prejudice (DE #26), within ten days of the date of this Order. Failure to respond shall result in the dismissal of plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 27th day of August, 2008.

_____
United States Magistrate Judge

1