IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICKIE GREEN,
ADC #117055                                                                                    PLAINTIFF

v.                                           2:08CV00101BSM/HLJ

GREG HARMON, et al.                                                                DEFENDANTS

## ORDER

This matter is before the court on plaintiff's motion to voluntarily dismiss this complaint against defendants (DE #26). Defendants filed a response indicating no objection to the dismissal, but asking that it be qualified as "with prejudice." (DE #27). Plaintiff has filed a reply to the response, stating he "has no need to ever re-file this case." (DE #33). In light of such, the court will grant plaintiff's motion and will dismiss this action with prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion to voluntarily dismiss his complaint against defendants (DE #26) is hereby GRANTED, and the case is dismissed with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 3rd day of October, 2008.

_____
United States District Judge