IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICKIE GREEN,
ADC #117055                                                                                         PLAINTIFF

v.                                          2:08CV00101BSM/HLJ

GREG HARMON, et al.                                                                            DEFENDANTS

<u>JUDGMENT</u>

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 3rd day of October, 2008.

_____
United States District Judge